# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WANDA J. MCCOY, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-14-140-F |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on March 16, 2015, recommending that defendant's final decision denying plaintiff's application for disability insurance benefits be reversed and remanded. Magistrate Judge Goodwin therein advised the parties of their right to file written objections to the Report and Recommendation by March 30, 2015 and further advised the parties that failure to timely object waives the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on March 16, 2015 (doc. no. 19) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff,

Wanda J. McCoy's application for disability insurance benefits is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED March 31, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0140p002.wpd